148 So. 924

## SHEPHERD & SLOSS v. A. B. CAMERON.

### 6 Div. 361.

Court of Appeals of Alabama.
April 20, 1933.

W. S. Pritchard, John D. Higgins, and W. H. McGowen, all of Birmingham, for appellant.

W. Emmett Perry, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

141 So. 925

## Grover SHIRLEY v. STATE.

### 6 Div. 315.

Court of Appeals of Alabama.
May 17, 1932.

BRICKEN, P. J.
Affirmed.

142 So. 926

## Herbert SHORT v. STATE.

### 8 Div. 535.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

145 So. 924

## Bryant SIMPSON v. STATE.

### 6 Div. 324.

Court of Appeals of Alabama.
Jan. 17, 1933.

BRICKEN, P. J.

The prosecution in this case originated in the inferior court of Tuscaloosa county, wherein this appellant was charged with having violated the prohibition laws of the state. From the judgment of conviction in said court he appealed to the circuit court, and was there tried by the court without a jury, upon a complaint charging the same offense filed by the solicitor. He was again convicted, and, failing to pay the fine assessed, he was, as the law requires, duly sentenced to perform hard labor for the county for 181 days. Judgment of conviction was pronounced and entered, from which this appeal was taken. We find no reversible error in the record upon which this appeal is rested. The judgment of conviction in the circuit court is therefore affirmed.

Affirmed.

145 So. 924

## Paul SIMPSON v. STATE.

### 6 Div. 301.

Court of Appeals of Alabama.
Jan. 10, 1933.

BRICKEN, P. J.
Appeal dismissed.

139 So. 923

## Robert SIMPSON v. STATE.

### 6 Div. 62.

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.

From a judgment of conviction for the offense of transporting prohibited liquors or beverages in quantities of five gallons or more, this appeal was taken. It is here submitted upon the record proper; there being no bill of exceptions. We have, as the law requires, examined the record, but find no error apparent thereon. The record is regular, and this necessitates an affirmance of the judgment of conviction from which this appeal was taken. It is so ordered and adjudged.

Affirmed.